IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 6:12cr21 |
| | ) | |
| IDA CLARK | ) | |

## ORDER

A $15,000.00 bond secured by a cash deposit of $2,250.00 was posted by Robbie Bing in the above styled action. The case against the defendant has been dismissed and a motion for the return of her bond has been filed.

It is therefore ORDERED that the Clerk of Court make the necessary arrangements to refund the $2,250.00, plus all accrued interest, to the surety.

So Ordered this 30th day of May, 2018.

G. R. Smith
United States Magistrate Judge